UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC, *a/s/o* William Kearney,<br><br>          Plaintiff(s),<br><br>v.<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, INC., *et al*,<br><br>          Defendant(s). | Civil Action No.: 12-4168(JLL)<br><br>**ORDER DISMISSING CASE**<br>**Pursuant to F.R. Civ. P.4(m)** |

It appearing that the above captioned action having been pending for more than 120 days and counsel having failed to effect service during this time and the Court having noticed counsel for dismissal pursuant to F. R. of Civ. P. 4(m) and good cause having not been shown as to why this action should not be dismissed against defendant, District Council Iron Workers Fund of Norther NJ - Local 45,

**It is on this 19ᵗʰ day of NOVEMBER, 2012;**

**O R D E R E D** that the above captioned action be and is hereby dismissed as to defendant, District Council Iron Workers Fund of Norther NJ - Local 45, pursuant to F. R. Civ. P. 4(m), without prejudice and without costs.

JOSE L. LINARES,
United States District Judge