UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC. a/s/o W.K., <br><br>                              Plaintiff(s),<br><br>v.<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, INC; DISTRICT COUNCIL IRON WORKERS FUND OF NORTHERN NEW JERSEY- LOCAL 45; ABC CORP. (1-10) (Said names being fictitious and unknown entities)<br><br>                              Defendant(s), | CIVIL ACTION NO.: 2:12-cv-4168-JLL<br><br>**CIVIL ACTION**<br><br>**NOTICE OF MOTION<br>TO REINSTATE COMPLAINT** |

**TO:**    Matthew A. Baker, Esq.
         Connell Foley, LLP
         Liberty View
         457 Haddonfield Road, Ste 230
         Cherry Hill, NJ 08002

      PLEASE TAKE NOTICE that the undersigned attorneys for Plaintiff, Montvale Surgical Center, LLC a/s/o W.K., shall apply to the above named Court, on Monday January 22, 2013, at 9:00 a.m. in the forenoon, or as soon thereafter as counsel may be heard, at the Martin Luther King Federal Building and United States Courthouse, Newark, New Jersey, for an Order reinstating Plaintiff's Complaint against Defendant District Council Iron Workers Fund of Northern New Jersey –Local 45.

      PLEASE TAKE FURTHER NOTICE that the undersigned will rely on the attached Certification and Exhibits;

      PLEASE TAKE FURTHER NOTICE that the undersigned hereby waives oral argument.

Massood & Bronsnick, LLC
Attorneys at Law

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is annexed hereto.

          MASSOOD & BRONSNICK, LLC
          Attorneys for Plaintiff

_____
ANDREW R. BRONSNICK, ESQ.

Dated:  December 21, 2012
w:\wp51\majormed\montvale surgical center\van soest\pleadings\nom to reinstate.docx

## CERTIFICATION OF SERVICE

I hereby certify that the within Notice of Motion has been filed via the ECF system and all defense counsel has been served via ECF within the time prescribed by the Rules of the Court.

MASSOOD & BRONSNICK, LLC
Attorneys for Plaintiff

_____
ANDREW R. BRONSNICK, ESQ.

Dated: December 21, 2012