UNITED STATES DISCTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC. a/s/o W.K.,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>v.<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, INC; DISTRICT COUNCIL IRON WORKERS FUND OF NORTHERN NEW JERSEY- LOCAL 45; ABC CORP. (1-10) (Said names being fictitious and unknown entities)<br><br>　　　　　　　　　　Defendant(s), | CIVIL ACTION NO.: 2:12-cv-4168-JLL<br><br>**CIVIL ACTION**<br><br>**CERTIFICATION OF COUNSEL** |

I, ANDREW R. BRONSNICK, do hereby certify as follows:

1. I am an attorney at law of the State of New Jersey, and a partner with the Law Firm of Massood & Bronsnick, LLC, attorneys for the Plaintiff, Montvale Surgical Center, LLC a/s/o W.K.

2. We attempted service to Defendant District Council Iron Workers Fund of Northern New Jersey- Local 45 at the office of the Local 45 in Jersey City.

3. This service failed because the correct address to serve is the main office in Springfield, New Jersey. While we were in the process of re-serving Local 45, this case was dismissed against this Defendant by the Court.

4. This matter is currently open against Defendant Horizon Blue Cross Blue Shield of New Jersey, Inc., although it is also necessary to name District Council Iron Workers Fund of Northern New Jersey- Local 45 as a Defendant in this matter due to the self-funded status of the Iron Workers ERISA insurance plan.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                        MASSOOD & BRONSNICK, LLC
                        Attorneys for Plaintiffs

By: _____
     ANDREW R. BRONSNICK, ESQ.

Dated: December 21, 2012
w:\wp51\majormed\montvale surgical center\kearney\pleadings\nom- reinstate- cert of counsel 12.20.12.docx