UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONTVALE SURGICAL CENTER, LLC. a/s/o W.K.,<br><br>                      Plaintiff(s),<br><br>v.<br><br>HORIZON BLUE CROSS BLUE SHIELD OF NEW JERSEY, INC; DISTRICT COUNCIL IRON WORKERS FUND OF NORTHERN NEW JERSEY- LOCAL 45; ABC CORP. (1-10) (Said names being fictitious and unknown entities)<br><br>                      Defendant(s), | CIVIL ACTION NO.: 2:12-cv-4168-JLL<br><br>**CIVIL ACTION**<br><br>**ORDER** |

THIS MATTER having been opened to the Court on Motion of Plaintiff Montvale Surgical Center, LLC a/s/o W.K. for an order to reinstate the Complaint against District Council Iron Workers Fund of Northern New Jersey- Local 45 as a party defendant and the Court having read and considered the moving papers and opposition thereto; and for GOOD CAUSE having been shown;

IT IS NOW on this ____ day of January, 2013 hereby,

ORDERED that Plaintiff's motion to reinstate the Complaint against District Council Iron Workers Fund of Northern New Jersey- Local 45 is GRANTED, and it is,

Massood & Bronsnick, LLC
Attorneys at Law

_____
Honorable Michael A. Hammer
United States Magistrate Judge

Dated:  December 21, 2012
w:\wp51\majormed\montvale surgical center\kearney\pleadings\nom- reinstate- order 12.20.12.docx